```
                                    IT IS HEREBY ADJUDGED
                                    and DECREED this is SO
                                    ORDERED.
```

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: November 01, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-28522

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Rock A. Schneider and Cherylyn V. Schneider<br>Debtors.<br><br>Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Mortgage Pass-Through Certificates, Series 2006-WMC1 by its Attorney in fact Wells Fargo Bank, N.A.<br>Movant,<br>vs.<br><br>Rock A. Schneider and Cherylyn V. Schneider, Debtors, Jill H. Ford, Trustee.<br><br>Respondents. | No. 2:10-BK-31313-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

      Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 25, 2006 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Mortgage Pass-Through Certificates, Series 2006-WMC1 by its Attorney in fact Wells Fargo Bank, N.A. is the current beneficiary and Rock A. Schneider and Cherylyn V. Schneider have an interest in, further described as:

> The South half Of the West half of the following described property:
> The East 462.20 feet of the West 502.20 feet of the North 377.00 feet of the
> South 660.00 feet of the G.L.O. Lot 3, Section 30, Township 5 North, Range 2
> West of the Gila and Salt River Base and Meridian. Maricopa County, Arizona

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.